# EXHIBIT A

<u>File</u>:  CB

## CB - SCHOOL SUPERINTENDENT

The Committee shall employ a Superintendent of Schools and fix his/her compensation.  The Superintendent shall act in accordance with MA General Laws, Chapter 71, Section 59, and shall perform such other duties consistent with this section as the Committee may determine.  He/she shall also prepare such reports as may be required by the State Dept. of Elementary and Secondary Education and shall submit materials for the Committee's annual report to the) Selectmen in sufficient time for printing in the annual report.

LEGAL REFS:		M.G.L. 71:59, 72:3

<u>Revised and Approved - 2014</u>