# DECLARATION OF TYSON C. LANGHOFER
## IN SUPPORT OF MOTON FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, Tyson C. Langhofer, declare that

1. My name, office address, and telephone number are as follows:

    Tyson C. Langhofer
    Alliance Defending Freedom
    44180 Riverside Parkway
    Lansdowne, Virginia 20176
    Telephone: (571) 707-4655

2. I have been admitted to the Virginia State Bar.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

4. I certify that I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I certify that I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of May, 2023.

*s/ Tyson C. Langhofer*
Tyson C. Langhofer

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I electronically filed the foregoing using the CM/ECF system, and will serve the same via email with Plaintiff's Verified Complaint on Counsel for the following parties:

Gregg Corbo
KP Law
101 Arch St,
Boston, MA 02110
gcorbo@k-plaw.com

*Counsel for*
**Town Of Middleborough**

Kay H. Hodge, Esquire
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789 (work)
(617) 686-8858 (cell)
(617) 340-8587 (fax)
khodge@scmllp.com

*Counsel for*
**Middleborough School Committee**
**Carolyn J. Lyons**
**Heather Tucker**

Dated: May 18, 2023                    s/*Andrew Beckwith*
                                       Andrew Beckwith
                                       *Attorney for Plaintiff*