# EXHIBIT B

<u>File</u>: CH

# CH - POLICY IMPLEMENTATION

The policies developed by the Committee and the procedures developed to implement policy are designed to increase the effectiveness and efficiency of the school system. Consequently, it is expected that all School Committee employees and students will carry them out.

The Superintendent has responsibility for carrying out, through procedures, the policies established by the School Committee.

Administrators and supervisors are responsible for informing staff members in their schools, departments, or divisions of existing policies and procedures and for seeing that they are implemented in the spirit intended.

<u>Revised and Approved - 2014</u>