# EXHIBIT D



smore Beautiful and easy to use newsletters. Log In Sign up now (it's free)

Like Embed 0 2,509

# Tiger Times Nichols Middle School

June 3, 2022

Accessibility
Translate
High Contrast Mode
Aa Aa Aa

Heidi Letendre
Heidi is using Smore newsletters to spread the word online.
Get email updates from **Heidi**:
Follow Heidi Letendre
Contact Heidi Letendre

## Week of June 6, 2022

**Monday, June 6th, C-Day**

**Tuesday, June 7th, D-Day:** *Tropical Tuesday-Band, Orchestra & Chorus Concert (see below)*

**Wednesday, June 8th, E-Day**

**Thursday, June 9th, F-Day:** *6th Grade Dance 5:30-7:30 PM*

🔥 smore  |  Beautiful and easy to use newsletters.      Log In   **Sign up now (it's free)**



End of Year 8th Grade Events
End of Year Dance Thursday, June 16th (can dress up, not necessary)
Field Day, Wednesday, June 22nd (If the weather is bad, Field Day will be June 23d- we will flip-flop the days).
Breakfast and Yearbook Signing, Thursday, June 23rd

**8th Grade Awards Ceremony**
12:30-1:45 Families are invited to attend and enter through gymnasium doors. More information to come at a later date.

- June 15th, B Cluster
- June 16th A Cluster
- June 17th, C Cluster





## June Concert Information

Dear Band, Chorus and Orchestra students and families,

We are excited to announce our June concert dates! **Band and Orchestra will have their concerts on the same night, as we did in March. Chorus will have their concert the following week.**

- All concerts will be performed in the Alan R. Lindsay auditorium of the Nichols Middle School.
- Students are asked to wear concert attire with a white top, and black pants, keeping dress code in mind.

**Tuesday, June 7th, 6:00 PM - BAND**
-Band Students arrive at 5:30 PM for set-up(report to the cafeteria)
-Concert runs from 6:00 PM-6:45 PM
**Tuesday, June 7th, 7:15 PM - Orchestra**
-Orchestra Students arrive at 6:45 PM for tuning (report to the cafeteria)
-Concert runs from 7:-15-7:45 PM
**Tuesday, June 7th, 8PM -Chorus**
-Students arrive at 7:30 PM to warm-up (report to the cafeteria)
-Concert runs from 8 PM- 8:30 PM
Please contact Mr. Converse with any questions about the chorus concert.
pconverse@middleboro.k12.ma.us
Please contact Mrs. Thornton with any questions about the band/orchestra concerts.
ethornton@middleboro.k12.ma.us



smore | Beautiful and easy to use newsletters.
Log In     Sign up now (it's free)



Wrestling
Fundraiser

Mrs. Foley and her
Son

Enos vs. Phillips



Beautiful and easy to use newsletters.

Log In

Sign up now (it's free)





Fine Arts Festival

SATURDAY, JUNE 18TH
12:00-2:00 PM
@ MIDDLEBORO HIGH SCHOOL'S
OUTDOOR THEATER & BLACKBOX

Middleboro High School offers a variety of ways for students to get involved with the Fine Arts Program. Whether you're just starting out or experienced in the arts, there is a place for you a MHS! This event is for all ages and is open to the public, free of admission. Bring a blanket and lunch to enjoy our Fine Arts Festival! We will be showcasing . . .

• Live performances from our Theater Department
• Live band, orchestra, jazz band, and choir performances
• Art gallery from our Visual Arts Department
• TV Production Films
• Digital Media Works

Contact Mrs. Duggan for more information : dduggan1@middleboro.k12.ma.us



COLOR RUN
ALL AGES WELCOME!! RUN OR WALK!
June 18, 2022
PRATT FARM - MIDDLEBORO
CHECK IN BEGINS AT 8AM - RACE STARTS AT 9AM
REGISTRATION INFORMATION
http://southshorerace.com/chasing-sunsets-color-run---june-18-2022.html
ADULTS $25.00 ONLINE / $30.00 ON-SITE
STUDENTS AGE 11-18 -$20.00 ONLINE / $25.00 ON-SITE
5K CHILDREN 10 & UNDER - $15.00 ONLINE / $20.00 ON-SITE
(REGISTRATION FEES ABOVE DO NOT INCLUDE THE ONLINE PROCESSING FEE)
All Proceeds will be donated to Rhabdomyosarcoma cancer. In Memory of Kyla McGarry
ORGANIZED BY MHS SENIORS MEGAN KAVALESKI AND CAMI DESTRAMPE





GIRL ON FIRE

This is a 6-week empowerment group where girls can talk about the issues they encounter and explore them within a supportive environment. Topics of discussion will include healthy coping skills, self esteem, school stress, social media, and peer relationships.

Who:      Girls Ages 13-16
When:    Tuesdays, May 31-July 5, 2022
Where:   Plymouth Family Resource Center
             430-3 Court Street
             Plymouth, MA 02360
Time:     4:00pm-5:00pm
             To Register call 774-283-6531 or email
AlecMedeiros@BayStateCS.org or scan the QR code

You are capable of AMAZING things.

Bay State Community Services

*School and District Nurse Information*

**If you have any questions in regards to COVID19 protocols and contact tracing please reach out to our district nurse, Mrs. Magnasco or our school nurse, Mrs. Bertram**

🔥 **smore** | Beautiful and easy to use newsletters.

Log In    Sign up now (it's free)



Phone: 508 946 2020 x3010
E-mail: kbertram@middleboro.k12.ma.us

District Nurse:
Paula E. Magnasco, BA, MSN, RN
Coordinator of Nursing
Middleborough Public Schools
E-mail: pmagnasco@middleboro.k12.ma.us
Phone: 508 946 2000 X 4307

## Transportation Contact Information

*Late Busses will be running at NMS Monday-Tuesday and Wednesdays only beginning*
*Monday, September 13th*

**First Student Bus Company**
(Regular Bus and Late Bus)
**Contact:** Tracy Donohue
**Phone:** 508-923-0990
**Email:** tracy.donahue@firstgroup.com

**Mini-Bus/Van Transportation**
**Department Head:** MaryJane Driscoll
**Title:** Specialized Transportation Supervisor
**Location:** Memorial Early Childhood Center - 3rd Floor
**Address:** 219 North Main Street, Middleborough, MA 02346
**Phone:** 508-946-2000 x2121
**Email:** mjdriscoll@middleboro.k12.ma.us

**Dispatcher:** Judy Perry
**Location:** Memorial Early Childhood Center - 3rd Floor
**Address:** 219 North Main Street, Middleborough, MA 02346
**Phone:** 508-946-2000 x2120
**Email:** jperry@middleboro.k12.ma.us

## John T. Nichols Middle School

@JTNicholsMS

Nichols Middle School services 6th, 7th and 8th graders and the total enrollment is about 745 students.

📍 112 Tiger Drive, Middleboroug...   ✉ hletendre@middleboro.k12.m...
☎ 508-946-2020   🌐 middleboro.k12.ma.us/NMS

Connect with **Heidi Letendre**

Heidi is using Smore newsletters to spread the word online.

Follow Heidi Letendre    Contact Heidi Letendre

Created with 🔥 **smore**

**Communicate quickly and effectively with interactive newsletters.**

Smore empowers educators to connect with their community, streamline school communications, and increase engagement.

Create a newsletter    ← It's awesome and free!

