# EXHIBIT E

**From:** Carolyn Lyons <span style="background:black">████████████</span>
**Date:** April 4, 2023 at 1:36:28 PM EDT
**To:** Sue Bowman <span style="background:black">████████████</span>
**Subject: Re: NMS Dress code question**

Hello Mr. Morrison,

Thank you for reaching out. I have spoken with acting principal Heather Tucker about this situation at length. She did express that ▆▆▆ was articulate in his position and respectful in his statements to her about these opinions.

It is important for you to understand that ▆▆▆ was not the subject of discipline. Mrs. Tucker indicated to ▆▆▆ and you that he is not, was not, and will not be the subject of discipline. While I understand that you picked him up at school, you were under no obligation to do so. An administrator asked for your compliance with the dress code and you chose not to comply with that procedure.

As for how Mrs. Tucker enforced the dress code, I am in support of her position. The dress code does clearly articulate the expectation that the dress code will be governed by health, safety, and appropriateness. That appropriateness comes at the discretion of the building administration. The content of ▆▆▆ shirt targeted students of a protected class; namely in the area of gender identity. While I cannot share the numbers or names of students and staff that complained about this shirt, I can assure you that there were several students and several staff who did. I have pasted the entire dress code, which is part of the middle school handbook approved by the school committee, for your review. Finally, the procedure plainly states that violations of the dress code will lead to a request to a parent to bring appropriate clothing to school. I find that Mrs. Tucker implemented this procedure as written.

I hope you find this information helpful.

Thank you,
Carolyn Lyons

"DRESS CODE
The dress code is governed by health, safety and appropriateness. We encourage students to dress in a neat and presentable manner that reflects pride in themselves and their school. School is a workplace, and an environment conducive to learning is necessary. Clothing that is too revealing causes distractions and inhibits learning is not allowed. We expect all students to conform to the following:
• Clothing must be neat and clean.
• Clothing that is excessively revealing, such as mini-skirts, short shorts, tank tops with shoulder straps under three inches, muscle shirts, pajamas or other sleepwear, loose fitting and low-cut tops, waistbands that are too low exposing underwear, and shirts which reveal the midriff, will not be allowed.
• Tank tops or basketball shirts must have a t-shirt underneath.
• Chains, chain belts, spikes, studs, and gang related attire is not allowed.
• Clothing with alcohol, tobacco, vulgar writing, sexual references or controlled substance reference will not be allowed.
• Outer coats, hats, caps, bandanas, sweatshirt hoods, and sunglasses will not be worn in the building without permission of an administrator.
• Wheeled shoes and platform shoes are dangerous on our floors and not allowed. •
Blankets or other clothing that drapes down or is considered a tripping hazard will not be allowed.
• Clothing must not state, imply, or depict hate speech or imagery that target groups based on race, ethnicity, gender, sexual orientation, gender identity, religious affiliation, or any other classification.
• Any other apparel that the administration determines to be unacceptable to our community standards will not be allowed.
If students wear something inappropriate to school, they will be asked to call their parent/guardian to request that more appropriate attire be brought to school. Repeated violations of the dress code will result in disciplinary action."

**Carolyn J. Lyons, J.D.**
<she, her, hers>
*Superintendent of Schools*
**Middleborough Public Schools**
p: <span style="background:black">████████</span>
f: <span style="background:black">████████</span>
a: 30 Forest Street, Middleborough, MA 02346
e: <span style="background:black">████████████████</span>

On Sat, Apr 1, 2023 at 7:11 PM Sue Bowman ▬▬▬▬▬▬▬▬▬▬ wrote:

Superintendent Lyons,

On the morning of Tuesday March, 21 I received a call from acting principal Heather Tucker. She explained that she had removed my son ▬ from gym class and that she and a school counselor had met with him in regards to his shirt. ▬ had worn a t-shirt that stated, "there are only two genders". She explained that they had a discussion with ▬ about complaints she had received from staff and students that found his shirt upsetting, and that it was a disruption to the learning environment. They asked ▬ to take his shirt off and he politely declined to do so.

Mrs. Tucker told me that ▬ is welcome to wear what he wants outside of school but she could not return him to class if he did not remove the shirt. I explained that ▬ had asked for the shirt because he felt strongly about what it said. I told her that I would support him if he chose not to remove the shirt. I then asked if she wanted me to come pick him up. She told me she would prefer ▬ to take the shirt off and return to class but if he wouldn't then yes, I was welcome to come pick him up.

When my wife Susan and I arrived at the school ▬ was sitting in the office. The first thing he said to us was, "I didn't think it would be such a big deal". My son is a good kid, he is quiet, polite, and an honor roll student. My wife asked Mrs. Tucker how many students and staff had complained she stated that "several students had complained".

In our phone call Mrs. Tucker had clearly said that it was both students and staff. I would like to know if there were in fact any complaints from staff and if so how many, as well as how many students complained.

We have reviewed the student handbook and cannot find anything that indicates a school policy or rule that ▬ broke. Would you please help me understand why my son was removed from class and ultimately missed out on a day of class instruction. There was nothing about ▬ shirt that was directed to any particular person. It simply stated his view on a subject that has become a political hot topic. It is a topic that is being discussed in social media, schools, and churches all across our country.

My son is now asking me why he is not allowed to express his own political statement when he sees others doing the same every day in their choice of clothes, pins, posters, and speech.

I would like to point out that ▬ only received positive feedback from other students on that day and since. Clearly he is not alone in his beliefs.

My son goes to school every day and witnesses other students disruptive behavior in class that goes unchecked, where foul language goes without a single word from teachers or staff, yet THIS was cause for him to be pulled from class.

I will look forward to your response.

Respectfully,
Chris Morrison