AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| L.M. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-11111-IT |
| Town of Middleborough, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

L.M.

Date: 05/23/2023

s/ David Cortman
*Attorney's signature*

David Cortman, GA Bar No. 188810
*Printed name and bar number*

ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
*Address*

dcortman@ADFlegal.org
*E-mail address*

(770) 339-0774
*Telephone number*

(770) 339-6744
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically filed the foregoing using the CM/ECF system, and this will be served via email on Counsel as listed below.

Gregg J. Corbo
KP Law
101 Arch St,
Boston, MA 02110
gcorbo@k-plaw.com

*Counsel for*
**Town Of Middleborough**

Kay H. Hodge, Esquire
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789 (work)
(617) 686-8858 (cell)
(617) 340-8587 (fax)
khodge@scmllp.com

*Counsel for*
**Middleborough School Committee**
**Carolyn J. Lyons**
**Heather Tucker**

Dated: May 23, 2023                        *s/ David Cortman*
                                           David Cortman
                                           *Attorney for Plaintiff*