AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| L.M. *Plaintiff* v. Town of Middleborough, et al. *Defendant* | Case No. 23-cv-11111-IT |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

L.M.

Date:   05/23/2023

s/ P. Logan Spena
*Attorney's signature*

P. Logan Spena, VA Bar No. 98407
*Printed name and bar number*

ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
*Address*

lspena@ADFlegal.org
*E-mail address*

(571) 707-4655
*Telephone number*

(571) 707-4790
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically filed the foregoing using the CM/ECF system, and this will be served via email on Counsel as listed below.

Gregg J. Corbo
KP Law
101 Arch St,
Boston, MA 02110
gcorbo@k-plaw.com

*Counsel for*
**Town Of Middleborough**

Kay H. Hodge, Esquire
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789 (work)
(617) 686-8858 (cell)
(617) 340-8587 (fax)
khodge@scmllp.com

*Counsel for*
**Middleborough School Committee**
**Carolyn J. Lyons**
**Heather Tucker**

Dated: May 23, 2023              s/ *P. Logan Spena*
                                 P. Logan Spena
                                 *Attorney for Plaintiff*