# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

**L.M.**, a minor by and through his father and stepmother and natural guardians, Christopher and Susan Morrison,

*Plaintiff,*

v.

**TOWN OF MIDDLEBOROUGH,** et al.,

*Defendants.*

Civil Case No.: 23-cv-11111-IT

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(E) I certify that on May 19, 2023, I transmitted electronic copies of

- Court Order which was docketed as Doc. No. 10;
- the Verified Complaint and Exhibits which were e-filed as Doc. No. 11;
- Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction which was e-filed as Doc. No. 12;
- Memorandum in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction which was e-filed as Doc. No. 13;
- Motion for Admission *Pro Hac Vice* of David Cortman which was e-filed as Doc. No. 14;
- Motion for Admission *Pro Hac Vice* of P. Logan Spena which was e-filed as Doc. No. 15;
- Motion for Admission *Pro Hac Vice* of Tyson C. Langhofer which was e-filed as Doc. No. 16;
- Issued Summonses to Middlesborough School Committee, Carolyn J. Lyons, Heather Tucker, and Town of Middlesborough, Massachusetts which were docketed as Doc. No. 17; and

- a copy of the docket, bringing counsels' attention to Docket Entry 18, (Doc. No. 18) Electronic Court Order as to Defendants' opposition deadline to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, and Docket Entry 19, (Doc. No. 19) Court Electronic Notice Setting Hearing on Motion

by emailing them to

- Kay H. Hodge, of Stoneman, Chandler & Miller LLP, at khodge@scmllp.com, who represents Defendants Middleborough School Committee, Carolyn J. Lyons, and Heather Tucker; and
- Gregg J. Corbo, of KP Law, at gcorbo@k-plaw.com, who represents Defendant Town of Middlesborough, Massachusetts.

I further certify that Kay H. Hodge in an email with a date stamp of May 18, 2023, 3:37 pm, confirmed that she will "accept service for the School Committee and the 2 individual defendants."; and

in an email with a date stamp of May 18, 2023, 4:49 pm, Gregg J. Corbo confirmed that he will "accept service for the Town."

Respectfully submitted this 23th day of May, 2023.

          *s/ P. Logan Spena*
P. Logan Spena*
VA Bar No. 98407
Tyson C. Langhofer*
VA Bar No. 95204
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
Telephone: (480) 444-0020
lspena@ADFlegal.org
tlanghofer@ADFlegal.org

David A. Cortman*
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@ADFlegal.org

Andrew Beckwith
MA Bar No. 657747
MASSACHUSETTS FAMILY INSTITUTE
401 Edgewater Place, Suite 580
Wakefield, MA 01880
Telephone:  (781) 569-0400
andrew@mafamily.org

*Attorneys for Plaintiff*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically filed the foregoing using the CM/ECF system, and will serve the same via email on Counsel as listed below.

Gregg J. Corbo
KP Law
101 Arch St,
Boston, MA 02110
gcorbo@k-plaw.com

*Counsel for*
**Town Of Middleborough**

Kay H. Hodge, Esquire
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789 (work)
(617) 686-8858 (cell)
(617) 340-8587 (fax)
khodge@scmllp.com

*Counsel for*
**Middleborough School Committee**
**Carolyn J. Lyons**
**Heather Tucker**

| | |
|---|---|
| Dated: May 23, 2023 | s/ *P. Logan Spena* |
| | P. Logan Spena |
| | *Attorney for Plaintiff* |