UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| L.M., a minor by and through his father and stepmother and natural guardians, Christopher and Susan Morrison, <br><br> *Plaintiff*, <br><br> v. <br><br> TOWN OF MIDDLEBOROUGH; MIDDLEBOROUGH SCHOOL COMMITTEE; CAROLYN J. LYONS, Superintendent of the Middleborough Public Schools, in her official capacity; and HEATHER TUCKER, acting Principal of Nichols Middle School, in her official capacity, <br><br> *Defendant*. | Civil Action No. 1:23-cv-11111-IT |

## NOTICE OF APPEARANCE OF JOHN M. SIMON, ESQ.

Please take notice that John M. Simon of Stoneman, Chandler & Miller, LLP hereby enters his appearance as additional counsel of record for Defendants Middleborough School Committee, Carolyn J. Lyons, and Heather Tucker. Please include the undersigned on all future correspondence, orders, pleadings, and communications.

Respectfully submitted,

*/s/ John M. Simon*
John M. Simon (BBO# 645557)
jsimon@scmllp.com
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 635-9250

Dated: May 23, 2023

1

2

<u>Certificate of Service</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on the date of filing.

                                                  */s/ John M. Simon*
                                                  John M. Simon