AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| L.M. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-cv-11111-IT |
| Town of Middleborough, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

L.M.

Date:   05/24/2023

s/ Tyson C. Langhofer
*Attorney's signature*

Tyson C. Langhofer, VA Bar No. 95204
*Printed name and bar number*

ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
*Address*

tlanghofer@ADFlegal.org
*E-mail address*

(571) 707-4655
*Telephone number*

(571) 707-4656
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on the date of filing.

Dated: May 24, 2023                              *s/ Tyson C. Langhofer*
                                                 Tyson C. Langhofer
                                                 *Attorney for Plaintiff*