UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Civil Action No. 1:23-cv-11111-IT**

| | |
|---|---|
| ███████, a minor by and through his father and stepmother and natural guardians, Christopher and Susan Morrison,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF MIDDLEBOROUGH; MIDDLEBOROUGH SCHOOL COMMITTEE; CAROYLN J. LYONS, Superintendent of the Middleborough Public Schools, in her capacity; and HEATHER TUCKER, acting Principal of Nicholas Middle School, in her official capacity,<br><br>    Defendants | <u>NOTICE OF APPEARANCE</u> |

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter the appearance of Deborah I. Ecker, Esq., as attorney for the Defendants, Town of Middleborough; Town of Middleborough School Committee; Carolyn J. Lyons, Superintendent of the Middleborough Public Schools, in her capacity; and Heather Tucker, acting Principal of Nicolas Middle School, in her official capacity, in the above-captioned matter.

TOWN OF MIDDLEBOROUGH; TOWN OF MIDDLEBOROUGH SCHOOL COMMITTEE; CAROLYN J. LYONS, SUPERINTENDENT OF THE MIDDLEBOROUGH PUBLIC SCHOOLS, in her capacity; and HEATHER TUCKER, ACTING PRINCIPAL OF NICOLAS MIDDLE SCHOOL, in her official capacity,

By its attorneys,

*/s/ Deborah J. Ecker*

Gregg J. Corbo (BBO# 641459)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
gcorbo@k-plaw.com
decker@k-plaw.com

Date: May 25, 2023

865795/60700/1195

**CERTIFICATE OF SERVICE**

I, Deborah I. Ecker certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.

Date: May 25, 2023                                  */s/ Deborah J. Ecker*