UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-cv-11111-IT

▆▆▆▆▆▆▆▆▆▆▆▆, a minor by and through his father and stepmother and natural guardians, Christopher and Susan Morrison,

    Plaintiff

v.

TOWN OF MIDDLEBOROUGH; MIDDLEBOROUGH SCHOOL COMMITTEE; CAROYLN J. LYONS, Superintendent of the Middleborough Public Schools, in her capacity; and HEATHER TUCKER, acting Principal of John T. Nicholas Middle School, in her official capacity,

    Defendants

AFFIDAVIT OF HEATHER TUCKER

    I, Heather Tucker, hereby attest to the following, based on my personal knowledge and records available to me in my official capacity:

1. I am the Interim Principal of the John T. Nichols Jr. Middle School ("NMS"). I have held that position since March 20, 2023.

2. NMS Student and Family Handbook is provided each year to students and their families. Each student signs a form agreeing to abide by the policies contained in the NMS Handbook. According to our records, ▆▆▆▆▆▆▆ and his father signed the Handbook on September 1, 2022.

3. The NMS Handbook contains a Dress Code for all students who attend NMS.

4. On March 21, 2023, my second day of employment as Interim Principal of NMS, I was notified by the Assistant Principal, Jason Carroll, that Plaintiff was wearing a t-shirt with the message, "there are only two genders." Plaintiff's teacher reported the t-shirt and was

1

concerned for Plaintiff's physical safety as well as other students' safety, citing to multiple members of the LGBTQ+ population at NMS as current students in the building who would be impacted by the t-shirt message and potentially disrupt classes.

5. I went to speak to the Plaintiff at the start of his physical education class. When I approached, I introduced myself and asked him to come speak to me. He asked if he was in trouble, I said no. He asked if it was about his t-shirt. I said yes. I offered him the opportunity to change the shirt and return to PE before we left the gymnasium. He did not want to do so.

6. I met with Plaintiff with a School Counselor and asked him to remove the t-shirt before returning to class. Plaintiff declined to do so. Despite several efforts to convince the Plaintiff to change his shirt, he continued in his refusal to change.

7. I contacted Plaintiff's father and asked that he have his son remove the t-shirt. He refused to comply with my request. Plaintiff's father then came to school and dismissed Plaintiff from school that day indicating that he preferred this course of action over removal of Plaintiff's t-shirt.

8. Plaintiff was not disciplined for wearing the t-shirt to school on March 21, 2023.

9. Plaintiff returned to school the following day and every school day after the t-shirt incident. The Plaintiff did not face discipline.

10. Plaintiff was permitted to express his political views through clothing with messages including "Don't Tread on Me" and "First Amendment Rights." Plaintiff was not asked to remove this clothing.

11. Plaintiff is not prohibited from posting messages on social media while he is not in school.

12. On April 13, 2023, there were two individuals outside of NMS, but not on school property, holding signs that read, "there are only two genders" and "keep woke politics out [of] our schools."

13. Although not on school property, the protestors were stationed at the entrance to the bus drop-off area and they were in plain view of students as they entered school grounds.

14. On April 14, 2023, counter protests were held outside of NMS with signs that read, "trans people belong" and "we support trans rights" and "everyone is welcome here" among others messages.

15. On or about April 29, 2023, the incident involving the Plaintiff's t-shirt became the subject of local and national news coverage and significant discussion on social media amongst students, parents, and others.

16. I received messages, emails and phone calls about the incident.

17. On April 28, 2023, I was informed by Superintendent Lyons that she had received correspondence from an attorney purporting to represent Plaintiff claiming that Plaintiff was intending to wear a shirt bearing the phrase "There Are Only Two Genders" to school on May 5, 2023.  Prior to May 5, 2023, I met with Superintendent Lyons and the School Department's attorney concerning the letter from Plaintiffs' attorney. Given the amount of media attention the subject had garnered, there was concern that other students would also attempt to wear clothing with the same or similar messages.

18. On May 5, 2023, Plaintiff was dropped-off at school and was observed wearing a t-shirt with the message "there are only censored genders," covering the word "two" with the word "censored."

19. To avoid disruption and having to remove Plaintiff from class, Plaintiff was brought to the Administrative Office.

20. Plaintiff was left alone for a short time while the Superintendent, School Counsel, and I conferred about how to proceed. It was decided to not allow him to wear the shirt during school that day.

21. Although the meeting lasted only for a few minutes, when I returned to the office Plaintiff had already taken off the t-shirt.

22. Plaintiff was not disciplined for wearing the t-shirt to school on May 5, 2023 and was allowed to proceed with his school day in the normal course.

23. On or about Tuesday, May 9, 2023, two additional students appeared at school with t-shirts bearing the slogan "There Are Only Two Genders." Both students were required to meet with me and were required to change their shirts. I explained to each the reasons for my decision. One student complied and was allowed to return to class. The other refused to remove the shirt and the student's parents were called. I met with the student's mother, in person, at the school. Following this meeting, the student went home as the school day was over. Neither student was disciplined as a result of wearing the shirt.

24. NMS has a Gay Straight Alliance (GSA) club that provides a safe and accepting space for students who either fit under the umbrella of LGBTQ+ or are their allies. The GSA is open to all NMS students. At any given time, there are approximately ten to twenty students who attend the GSA club meetings. I am aware of several students at NMS who identify as transgender or gender nonconforming.

25. I am aware of several NMS students who have attempted to commit suicide or have had suicidal ideations in the past few years. I have been informed that in July 2022, one MHS student committed suicide.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF MAY, 2023.

_____
Heather Tucker, Interim Principal
John T. Nichols Jr. Middle School