# EXHIBIT A

## Heather N Tucker



**Licensure:**  Superintendent/ Assistant Superintendent- all levels initial
Special Education Administrator- all levels: professional
Elementary Principal K-6 initial
Special Education Teacher- intensive #382745

**Education:**  **Northeastern University Boston, MA 2021-anticipated June 2024**
Doctorate: Transformative Leadership
**Lesley University Cambridge, MA 2005-2007**
Certificate of Advanced Graduate Studies: Educational Leadership
**Lesley University Cambridge, MA 2000-2002**
Masters of Education: Intensive Special Needs
**University of Rhode Island Kingston, RI 1994-1998**
Bachelors of Science: Communication Disorders

**Experience:**

**Independent Consultant for Academic Discoveries**
9/1/2022- present
**Director of Special Education,** Duxbury, MA
10/1/2018- 10/14/022
**Administrator of Special Education,** Stoughton, MA
7/1/2010- 9/28/2018
**Administrative Principal, Jones Early Childhood Center,** Stoughton, MA
7/1/2011- 9/1/2016 (concurrent with Administrator of Special Education role)
**Assistant Administrator of Special Education,** Stoughton, MA
11/3/2009-6/30/2010
**Acting Administrator of Special Education,** Stoughton, MA
9/9/2009- 11/2/2009
**Assistant Principal, Dawe Elementary School** Stoughton, MA
11/1/2006-6/30/2008
**Dawe Elementary School** Stoughton, MA 02072
7/2003- 6/30/2008 Classroom Teacher, Therapeutic Learning Center (TLC) III
Self-contained classroom for students grades 3-5 diagnosed with the Autism
**South Shore Collaborative: Mini School:** Higham, MA 7/2002- 6/2003 ASD program
**Boston Higashi School,** for Individuals with Autism Randolph, MA
9/1/1999-6/2002 Classroom Teacher: Intermediate ages 9-12 years old, Primary: ages 6-10 years old
9/1998- 8/1999 Language Communication Teacher, Early Childhood ages 3-7 years old
**Southern Region Early Intervention,** Narragansett, RI
Spring Semester 1998 Internship as Speech-Language Pathologist

## Standard One: Instructional Leadership

- Developed and Implemented professional development for co-teaching teams with cycles of mentoring and feedback to improve instructional practices. (AD)
- Provide coaching to experienced special education administrators participating in DESE Intitute through William and James College. (AD)
- Conducting programmatic evaluations for school districts with recommendations for programmatic growth to support students with disabilities. (AD)

Revised 1.2023

- Conducted district-Wide Special Education professional development every first day of school. Review expectations for quality and compliance, provide a focus for the year to promote consistency across the department.
- Developed the Dyslexia Screening Committee as a response to the legislation issued in October 2018. Identified target goals and action steps to address early screening data collection and analysis procedures.
- Developed a three-year implementation plan, will certify approximately 25-30 special education teachers in Orton-Gillingham. (Duxbury)
- Adopted the OG based Sonday System phonemic reading program at the elementary and middle schools (Stoughton)
- Created program descriptions, entrance/exit criteria of the district's Specialized Learning Communities for students with intensive special needs to vertically align methodology, specially designed instruction, and services. (Duxbury and Stoughton)
- Collaborated with Assistant Superintendent and Director of Guidance, revised and implemented a consistent pre-referral process, 504 procedures, District Accommodation Plan, and district-wide best practices. (Duxbury)
- Worked with the Assistive Technology Specialist and technology department to implement a universal design approach to integrating technology into everyday instructional practices (Duxbury and Stoughton)
- Participating in the Negotiation of Unit A: Teachers and Unit C, Instructional Aide collective bargaining agreement. (Duxbury)
- Member of the Secondary Leadership Team comprised of the middle and high school administrators and curriculum coordinators
- Evaluate staff yearly: Primary Evaluator for up to 10-30 staff; Secondary evaluator for up to 20-40 staff
- Provided annual training for Civil Rights, Harassment, Bullying, Physical Restraint (Stoughton)
- Facilitated the writing of the preschool curriculum map aligned to the common core and Preschool Early Learning Standards using Understanding by Design, and report card revision.
- Collaborated with the pre-school staff to develop and implement a building-based PBIS.
- Developed two tuition-free title one community classrooms for at-risk preschool students and transition preschool classroom to support the skill development to prepare for kindergarten.

**Standard Two: Management and Operations**

- Oversaw Operating Budgets up to $2,282,869.50 exclusive of staff salaries and OOD tuition up to ($3,541,735).
- Manage the grants: 240, 274, 262, 298, 264, 252
- Oversaw Circuit Breaker reimbursement
- Developed an internal management system specialized to the special education department to track spending across all lines, and each line across years to be able to effectively and efficiently plan spending, reallocate district resources without creating new positions and still meet needs.
- Meet monthly with finance department to track spending and trends to plan properly
- Reduction of OOD tuitions by either returning students to district or less restrictive placements.
- Spearheaded the adoption of North River Collaborative Transportation for in/out of district.  Assisted with the establishment of the second NRC site at the Jones ECC.  This adoption reduced transportation costs (Stoughton).
- Reorganized the special education department to create an administrative special education leadership team to better meet the day-to-day needs of the students, staff and building-based administration. (Duxbury)
- Tiered Focus Monitoring (TFM) Self-assessment May, 2021. Self-Assessment, May 2019 and On-site review February 24, 2020, to which Duxbury was found to have fully implemented all of the regulations

Revised 1.2023

- Facilitated Coordinated Program Review process for the town of Stoughton 2010/11, and 2016/17.
- Wrote the paraprofessional handbook, developed the evaluation tool, and participated in the negotiation process, in the Fall of 2008, when the paraprofessionals developed into a collective bargaining unit (Stoughton).
- Maintained and managed approximately 100+ paraprofessionals in a variety of roles (Stoughton).
- Held regular special education faculty team meetings.  Implemented building-based faculty meetings led by the School Psychologist, Team Chairs or Head Teachers at the secondary level.

**Standard Three: Family and Community Engagement**

- Presentations to School Committee: Special Education COVID Reentry Planning, Dyslexia Guidance and Screening Committee,
- Conduct SEPAC presentations:
  - Introduction of SEPAC to each of the PTOs
  - Special Education budget overview to the SEPAC every Fall
  - Transition Planning
  - In-district programming
- Member of the Strategic Planning Process: Duxbury, Stoughton, PAC, CHARMSS
- Member of the Diversity Committee (Stoughton and Dxubury)
- Member of the District Crisis Team
- Member of the Stoughton Connections - Town Wide Leadership Team.  Participated in the professional development: Science of Positive Leadership Institute with Dr. Linkenbach.  How to bring about positive change to the Town of Stoughton
- Developed the Jones ECC Open House Nights for parents, community members and peer partners

**Standard Four: Professional Culture**

- Created an online Special Education Process and Procedures Manual for staff to have access to the most up-to-date forms and processes. (Duxbury and Stoughton)
- Created a Quality and Compliance Rubric that aligns follows the layout of the web-based IEP management system, for staff to use when writing IEPs to ensure each portion is written well and legally compliant. (Duxbury and Stoughton)
- Developed and Implemented an IEP Process Parent Survey.  Analyze the results each summer to present to staff, parents, and school committee
- Hold monthly Special Education Leadership Team meetings with administrative team chairs and building based coordinators to support consistent practices and procedures across the department (Duxbury and Stoughton)
- Developed and Instructed 15 PDP course: Inclusive Practices -Duxbury; Special Education Regulations and Classroom Strategies for the General Education Teacher-Stoughton
- Developed and implemented 5 module series of professional development to staff based upon the course June 2016 Writing Quality and Compliant IEPs Train the Trainer.
- Wrote the Town Annual Report for the preschool and special education department
- Took the Observing and Analyzing Teaching course 2008
- Participate in the monthly elementary principals meeting
- Participate in the Secondary School Leadership team meetings (Duxnbury and Stoughton)

**Professional Organizations:**

Board member: Massachusetts Administrators of Special Education (ASE)
Secretary, Graduate Student Education Research Association (GSERA); Northeastern University
Vice President: Marshfield Education Foundation

**Professional Presentations:**

July 2022: Northeastern University: Conference presentation: Students Leading Change Work in P-12 settings

Revised 1.2023