UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-cv-11111-IT

| | |
|---|---|
| LM, a minor by and through his father and stepmother and natural guardians, CHRISTOPHER AND SUSAN MORRISON,<br><br>  Plaintiff<br><br>v.<br><br>TOWN OF MIDDLEBOROUGH; MIDDLEBOROUGH SCHOOL COMMITTEE; CAROYLN J. LYONS, Superintendent of the Middleborough Public Schools, in her capacity; and HEATHER TUCKER, acting Principal of John T. Nicholas Middle School, in her official capacity,<br><br>  Defendants | AFFIDAVIT OF JASON CARROLL |

I, Jason Carroll, hereby attest to the following, based on my personal knowledge and records available to me in my official capacity:

1. I am the Assistant Principal at the John T. Nicholas Middle School.

2. On Tuesday, March 21, 2023, I received an email from a teacher asking me to call her about a t-shirt that Plaintiff was wearing. Because I was with another student at the time, I let the Principal know about the situation.

3. Prior to May 5, 2023, I learned from Principal Tucker that an attorney for Plaintiff had written to the Superintendent claiming that Plaintiff was going to wear the t-shirt with the phrase "There Are Only Two Genders" to school on May 5, 2023, the same shirt that Plaintiff had worn on March 21, 2023. There was concern that the t-shirt would be disruptive and would cause students in the LGBTQ+ community to feel unsafe.

4. On the morning on May 5, 2023, I waited for Plaintiff to get off the bus. When I learned that Plaintiff had not taken the bus to school that morning and was already in the building, I went to get Plaintiff and brought him to my office. Once in my office, I waited in my doorway for the Principal to join me while she spoke to him about the shirt. When Principal Tucker and I entered my office, Plaintiff had already removed the shirt.

5. The Principal told Plaintiff that he could either keep the t-shirt in his backpack for the rest of the day or that we could keep the t-shirt in the office, and he could pick it up at the end of the day. Plaintiff chose to put the t-shirt in his backpack.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ____ DAY OF JUNE, 2023.

_____
Jason Carroll, Assistant Principal
John T. Nichols Jr. Middle School