UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

L. M.

V.  CASE NO. 23-11111

Town of Middleborough, et al.

NOTICE OF FILING FEE PAYMENT

Notice is hereby given that the required fee for the:

**X**  A. Notice of Appeal - $505.00 - document #  53

☐  B. Initiating document - $402.00 - document # _____

☐  C. Petition for Writ of Habeas Corpus/new case - $5.00 - document # _____

☐  Motion for leave to appear pro hac vice - $100.00 per attorney

☐ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5   ☐ 6

for a total of $  505.00  - document # _____

in the above entitled case is submitted through CM/ECF and pay.gov

June 23, 2023
Date

P. Logan Spena
Attorney for

L. M.

(Notice of Filing Fee Payment 2014.wpd - 2/07)