UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: L.M. v. Town of Middleborough, Massachusetts et al

District Court Number: 23cv11111-IT

Fee:  Paid? Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

| | | | |
|---|---|---|---|
| Motions Pending  Yes ____ No  X  | | Sealed documents  Yes  X  No ____ | |
| *If yes, document #* ____ | | *If yes, document #*  1,2,5,6,7,8,9,23,31,32,33 | |
| *Ex parte* documents  Yes ____ No  X  | | Transcripts  Yes  X  No ____ | |
| *If yes, document #* ____ | | *If yes, document #*  40,49 | |

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

#51 Memorandum and Order

Other information:

***Interlocutory Notice of Appeal***

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#51 and #53

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 53 filed on June 23, 2023.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 26, 2023.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**