UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| L.M., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-11111-IT |
| | * | |
| TOWN OF MIDDLEBOROUGH; | * | |
| MIDDLEBOROUGH SCHOOL | * | |
| COMMITTEE; Carolyn LYONS, | * | |
| Superintendent of the Middleborough Public | * | |
| Schools, in her official capacity; and | * | |
| HEATHER TUCKER, acting Principal of | * | |
| Nichols Middle School, in her official | * | |
| capacity, | * | |
| | * | |
| Defendants. | * | |

## FINAL JUDGMENT

TALWANI, D.J.

Plaintiff L.M.'s Complaint [Doc. No. 11] sought injunctive relief against Defendants Town of Middleborough, Middleborough School Committee, Middleborough Superintendent of Schools Carolyn Lyons, and Nichols Middle School Acting Principal Heather Tucker. For the reasons set forth in the court's Memorandum and Order [Doc. No. 51] denying a preliminary injunction, and where the parties have agreed that judgment as a matter of law is appropriate based on the factual record established through the preliminary injunction proceedings (without prejudice to Plaintiff's appeal of legal issues), Joint Motion for Entry of Final Judgment [Doc. No. 61], the court DENIES Plaintiff's request for permanent injunctive relief and enters judgment for the Defendants.

IT IS SO ORDERED

July 19, 2023                              /s/ Indira Talwani
                                           United States District Judge