# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 11, 2024

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  L. M, a Minor, By and Through His Father and Stepmother and
           Natural Guardians, Christopher and Susan Morrison
           v. Town of Middleborough, Massachusetts, et al.
           No. 24-410
           (Your No. 23-1535, 23-1645)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 9, 2024 and placed on the docket October 11, 2024 as No. 24-410.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Rashonda Garner
                      Case Analyst